SUPERIOR FINANCE CORPORATION, PLAINTIFF-RE-SPONDENT, v. JOHN A. McCRANE MOTORS, INCORPO-RATED, ET AL., DEFENDANTS-APPELLANTS.

Submitted May 25, 1934—Decided October 5, 1934.

For the appellants, *Cohn & Kohlreiter*.

For the respondent, *Feder & Rinzler*.

PER CURIAM.

The judgment under review is affirmed, by an equally divided court.

*For affirmance*—TRENCHARD, CASE, BODINE, DONGES, DEAR, WELLS, JJ. 6.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, HEHER, VAN BUSKIRK, KAYS, HETFIELD, JJ. 6.